```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                          Case No.: 3:07-cr-90-J-33HTS

JERRY M. BREWER,
DONALD E. TOUCHET,
RICHARD E. STANDRIDGE,
ROBERT J. JENNINGS, and
JOSHUA A. POOLE, a/k/a Josh
Poole
_____/

**<u>ORDER</u>**

This matter is before the Court on the United States' Motion to Vacate the Preliminary Order of Forfeiture for Substitute Assets (the "Motion to Vacate," Doc. 540). In the Preliminary Order of Forfeiture for Substitute Assets (the "Preliminary Order of Forfeiture," Doc. 371), Defendant Robert Jennings forfeited his interest in the following assets:

a.  real property, including all improvements thereon and appurtenances thereto, located at 3641 Bayview Dr., Danville, IL, more particularly described as:

>   LOT 28 IN BAYVIEW ESTATES ADDITION TO DANVILLE, AS SHOWN BY THE SURVEY AND PLAT THEREOF RECORDED SEPTEMBER 14, 1998 AS DOCUMENT NO. 98-11102 IN THE RECORDER'S OFFICE OF VERMILION COUNTY, ILLINOIS, SITUATED IN VERMILION COUNTY, ILLINOIS;

b.  2004 Nissan 350Z Roadster, VIN: JN1AZ36AM252185; and

c.  1998 Jeep Grand Cherokee, VIN: 1J4GZ78Y1WC307458.

The United States informs the Court that it declines to pursue forfeiture of the above-referenced assets at this time because the real property is heavily mortgaged and the United States Marshals Service could not locate the vehicles.

Upon due consideration and for good cause shown, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. The Motion to Vacate(Doc. 540)is **GRANTED.**
2. The Preliminary Order of Forfeiture (Doc. 371) is **VACATED** pertaining to the above-referenced assets.

**DONE** and **ORDERED** in Jacksonville, Florida, this 20th day of May 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record
United States Marshals Service